UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

MAR 2 9 7011

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbi

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br><br>v. )<br><br>MARTIN DIAZ, )<br><br>Defendant. ) | Criminal No. 11-00067 (ESH)<br><u>UNDER SEAL</u> |

## ORDER

In a hearing before Magistrate Judge Facciola on March 10, 2011, defendant Martin Diaz entered a plea of guilty. On that date, the magistrate judge issued a Report and Recommendation advising the Court to accept defendant's plea. The Court has received no objection to the Report and Recommendation. *See* Local Crim. R. 59.2(b) ("Any party may file for consideration by the district judge written objections to the magistrate judge's proposed findings and recommendations . . . within fourteen (14) days after being served with a copy thereof."). Accordingly, the Court hereby adopts the recommendation of the magistrate judge and accepts defendant's guilty plea.

**SO ORDERED.**

_____
ELLEN SEGAL HUVELLE
United States District Judge

Date: March 24, 2011